THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00027-MR-DLH

| | |
|---|---|
| JENNIFER D. JACKSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **JUDGMENT** |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Commissioner of Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |

For the reasons set forth in the Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Plaintiff's Motion for Summary Judgment [Doc. 10] is **DENIED**; the Defendant's Motion for Summary Judgment [Doc. 12] is **GRANTED**; the decision of the Commissioner is **AFFIRMED**; and this case is **DISMISSED**.

**IT IS SO ORDERED.**

Signed: September 9, 2014

Martin Reidinger
United States District Judge